**Motion Granted; Memorandum Opinion filed September 26, 2023.**



**In The**

# Fourteenth Court of Appeals

---

**NO. 14-23-00036-CV**

---

## 2016 BAYTOWN WARD ROAD, LLC AND EUREKA MULTIFAMILY GROUP, LP, Appellants

**V.**

## APRIL LAWSON, Appellee

---

**On Appeal from the 127th District Court
Harris County, Texas
Trial Court Cause No. 2020-83979**

---

### MEMORANDUM OPINION

This is an appeal from a judgment signed October 17, 2022. On September 14, 2023, the parties filed an agreed motion indicating, "The Parties have agreed to resolve this case and hereby jointly request that the Court of Appeals dispose of this appeal in accordance with Rule 42.1(a)(2)(B). *See* Tex. R. App. P. 42.1(a)(2)(B). The motion is granted.

Accordingly, we set aside the trial court's judgment against appellants, 2016

Baytown Ward Road, LLC and Eureka Multifamily Group L.P., signed October 17, 2022, and we remand the cause to the trial court for rendition of judgment in accordance with the parties' agreement.

PER CURIAM

Panel consists of Justices Wise, Zimmerer, and Poissant.